

JST/THB

FILED IN OPEN COURT
DEC 02 2024
CHRISTOPHER EKMAN
CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIM. NO. 24-CR-00077-CG |
| | * | MAG NO: 24-MJ-136-N |
| | * | USAO NO. 24R00205 |
| v. | * | |
| | * | VIOLATIONS: 18 U.S.C. § 1958 |
| JUDY OWEN, | * | 18 U.S.C. § 924(h) |
| MITZY SMITH, | * | 18 U.S.C. § 922(d) |
| and JESSICA MONTGOMERY | * | 18 U.S.C. § 2 |

### THIRD SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
### Conspiracy to Commit Murder for Hire
### Title 18, United States Code, Sections 1958 and 2

From in or about April 2023 through May 2024, the exact dates being unknown, in the Southern District of Alabama, and elsewhere, the defendants,

**JUDY OWEN,
MITZY SMITH, and
JESSICA MONTGOMERY**

and others, both known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate, and agree to use, and cause another to use, any facility of interstate and foreign commerce, with intent that the murder of an individual be committed in violation of the laws of State of Alabama and the State of Louisiana as consideration for the receipt of, and as consideration for a promise and agreement to pay, anything of pecuniary value.

All in violation of Title 18, United States Code, Sections 1958 and 2.

### COUNT TWO
### Transfer of a Firearm to be used to Commit a Felony
### Title 18, United States Code, Section 924(h)

In or about March 2024, in the Southern District of Alabama, the defendants,

**JUDY OWEN, and
MITZY SMITH**

knowingly received and transferred a firearm, namely, a .22 caliber Phoenix Arms handgun, knowing and having reasonable cause to believe that such firearm would be used to commit a felony, to wit: the killing of another in violation of the laws of Louisiana.

In violation of Title 18, United States Code, Section 924(h).

### COUNT THREE
### Murder for Hire
### Title 18, United States Code, Sections 1958

From on or about February 19, 2024, through February 20, 2024, in the Southern District of Alabama, and elsewhere, the defendant,

**JUDY OWEN**

and others, both known and unknown to the Grand Jury, did use, and cause another to use, any facility of interstate and foreign commerce, with intent that the murder of an individual be committed in violation of the laws of the State of Alabama and State of Louisiana as consideration for the receipt of, and as consideration for a promise and agreement to pay, anything of pecuniary value.

In violation of Title 18, United States Code, Sections 1958(a) and 2.

### COUNT FOUR
### Murder for Hire
### Title 18, United States Code, Section 1958

From on or about March 6, 2024, through March 10, 2024, in the Southern District of Alabama, and elsewhere, the defendants,

**JUDY OWEN, and
JESSICA MONTGOMERY**

and others, both known and unknown to the Grand Jury, did use, and cause another to use, any facility of interstate and foreign commerce, with intent that the murder of an individual be committed in violation of the laws of the State of Alabama and State of Louisiana as consideration for the receipt of, and as consideration for a promise and agreement to pay, anything of pecuniary value.

In violation of Title 18, United States Code, Sections 1958(a) and 2.

## COUNT FIVE
## Transfer of Ammunition to a Prohibited Person
## Title 18, United States Code, Section 922(d)

On or about March 8, 2024, in the Southern District of Alabama, the defendant,

**JESSICA MONTGOMERY,**

did knowingly transfer .22 caliber ammunition to Rebecca Elizabeth Murphy, knowing and having reasonable cause to believe that Rebecca Elizabeth Murphy had been convicted of a crime punishable by imprisonment for a term exceeding one year.

In violation of Title 18, United States Code, Section 922(d).

## FORFEITURE NOTICE

The allegations contained in Counts One through Five of this Third Superseding Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of any or all of offenses named in Counts One through Six of this Indictment, the defendants,

**JUDY OWEN,**
**MITZY SMITH, and**
**JESSICA MONTGOMERY**

3

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing violation of any one or all of the offenses in the Indictment, including but not limited to:

One .22 caliber Phoenix Arms handgun with obliterated serial number.

All pursuant to Title 18, United States Code, Section 924(d), Title 26, United States Code, and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON, UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

SEAN P. COSTELLO
UNITED STATES ATTORNEY

By:
*/s/ Jessica S. Terrill*
JESSICA S. TERRILL
Assistant United States Attorney

*/s/ Chappelear for Blackwood*
TANDICE H. BLACKWOOD
Assistant United States Attorney

*/s/ Chappelear for Costello*
SEAN P. COSTELLO
United States Attorney

NOVEMBER 2024