(4)

# PENALTY PAGE

| | |
|---|---|
| **CASE STYLE:** | UNITED STATES v. SANDRA GRIMES, et al. |
| **DEFENDANTS:** | JUDY OWEN (COUNTS 1, 2, 3, and 4)<br>MITZY SMITH (COUNTS 1 and 2)<br>JESSICA MONTGOMERY (COUNTS 1, 4, and 5) |
| **USAO NO.** | 24R00205 |
| **AUSAs:** | Jessica S. Terrill<br>Tandice H. Blackwood |

**CODE VIOLATIONS:**

| | |
|---|---|
| **COUNT 1:** | 18 USC § 1958(a), Conspiracy to Commit Murder for Hire |
| **COUNT 2:** | 18 USC § 924(h), Transfer of a Firearm to be used to Commit a Felony |
| **COUNT 3-4:** | 18 USC § 1958(a), Murder for Hire |
| **COUNT 5:** | 18 USC § 922(d), Transfer of Ammunition to a Prohibited Person |

**PENALTIES:**

| | |
|---|---|
| **COUNTS 1, 3, & 4:** | 10 yrs / $250,000 / 3 yrs SRT / $100 SA |
| **COUNTS 2 & 5:** | 15 yrs / $250,000 / 3 yrs SRT / $100 SA |